# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2587
Lower Tribunal No. CF-19-6184

_____

JAMES S. NEVINSKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

September 5, 2025

PER CURIAM.

James S. Nevinski appeals from a judgment and sentence entered after a jury trial. The State concedes that the conviction for unlawful use of a two-way communication device (Count 3) violates double jeopardy. We accept the State's concession of error, reverse the conviction on Count 3, and remand for the trial court to vacate that conviction. Otherwise, we affirm without further discussion.

AFFIRMED in part; REVERSED in part; and REMANDED with instructions.

WHITE, MIZE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED